IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JASON GRANT,

    Plaintiff,

v.

MR. JULSON, MR. MITCHELL,
MR. DITTMAN and MR. BATE,

    Defendants.

JUDGMENT IN A CIVIL CASE

17-cv-279-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Mr. Julson, Mr. Mitchell, Mr. Dittman and Mr. Bate dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

| /s/ | 7/5/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |